### 9020.　McAFEE *et al.* v. BENSON BROTHERS & COMPANY.

BROYLES, P. J.　1. Where a storekeeper lets A have goods, on the verbal promise of B that he will see that the debt is paid, and the storekeeper charges the account to both A and B, and, upon the failure of both to pay the account, files suit against both, the contract, so far as B is concerned, must be construed as merely one of suretyship and not an original undertaking; and B's promise to pay, not having been made in writing, is void and not binding upon him. *Reynolds* v. *Simpson,* 74 *Ga.* 454; *Harris* v. *Paulk,* 10 *Ga. App.* 334 (73 S. E. 430); *Few* v. *Hilsman,* 18 *Ga. App.* 207 (89 S. E. 207); *Cordray* v. *James,* 19 *Ga. App.* 156 (91 S. E. 239); 20 Cyc. 180, E.

2. Under the ruling in the preceding note, and the facts of this case, W. A. McAfee was not liable to the plaintiff for the debt of J. A. McAfee, and the verdict against him was contrary to law and the evidence; and the court erred in refusing his motion for a new trial.

3. The foregoing ruling being controlling in the case, it is unnecessary to consider the grounds of the amendment to the motion for a new trial. The costs of this writ of error are taxed against the defendant in error.

*Judgment affirmed as to J. A. McAfee; reversed as to W. A. McAfee.*
*Bloodworth and Harwell, JJ., concur.*

DECIDED NOVEMBER 14, 1917.

Complaint; from Cobb superior court—Judge Morris. May 21, 1917.

*Mozley & Gann, Fred Morris,* for plaintiffs in error.
*J. Z. Foster, John T. Dorsey,* contra.